UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 1:24-CR-33-HAB-ALT |
| VINCENT TRUE II, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is Defendant Vincent True II's Motion to Continue Pretrial Motion Cutoff Date, Plea Agreement Deadline, Final Pretrial Conference and Trial. (ECF No. 33). In that motion, Defendant asks the Court to vacate the change of plea hearing set for November 19, 2025, and to continue trial-related deadlines for a period of sixty days. This is not relief that can be granted, however, because Defendant filed a signed Plea Agreement (ECF No. 27), and all trial-related deadlines and hearing dates were vacated with the Order of Referral referring the plea agreement to Magistrate Judge Andrew Teel (ECF No. 28). As such, there is currently no trial date to be continued.

To the extent Defendant wishes to withdraw the plea agreement and reset this matter for trial, he must file a separate Motion to Withdraw his plea, which—upon acceptance by the Court—will allow the Court to reset the trial-related deadlines and dates. At that point, Defendant can then move to continue. But because there are currently no scheduled trial dates or deadlines, Defendant's Motion to Continue (ECF No. 33) is DENIED WITHOUT PREJUDICE.

SO ORDERED on November 17, 2025.

                                                s/Holly A. Brady
                                                CHIEF JUDGE HOLLY A. BRADY
                                                UNITED STATES DISTRICT COURT